

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HOME | EXEMPTIONS & OTHER | REAL ESTATE | TANGIBLE PERSONAL PROPERTY | PUBLIC RECORDS | ONLINE TOOLS | TAX ROLL ADMINISTRATION | ABOUT US | CONTACT US |

**ADDRESS** | OWNER NAME | SUBDIVISION NAME | FOLIO

SEARCH: 111 NW 1 St  1549 Zuleta... ✕ | Suite | 🔍 | Back to Search Results

## PROPERTY INFORMATION ⓘ

**Folio:** 03-4130-002-0320

**Sub-Division:**
CORAL GABLES RIVIERA SEC PT 6

**Property Address**
1549 ZULETA AVE

**Owner**
OMAR PINEDA ECHEVERRIA
MIRIAM AVILA GARCIA

**Mailing Address**
1549 ZULETA AVE
CORAL GABLES, FL 33146

**PA Primary Zone**
0100 SINGLE FAMILY - GENERAL

**Primary Land Use**
0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT

| | |
|---|---|
| **Beds / Baths /Half** | 4 / 2 / 0 |
| **Floors** | 1 |
| **Living Units** | 1 |
| **Actual Area** | 2,431 Sq.Ft |
| **Living Area** | 1,876 Sq.Ft |
| **Adjusted Area** | 2,115 Sq.Ft |
| **Lot Size** | 6,500 Sq.Ft |
| **Year Built** | 1969 |



### Featured Online Tools

| | | |
|---|---|---|
| Comparable Sales | Glossary | PA Additional Online Tools |
| Property Record Cards | Property Search Help | Property Taxes |
| Report Discrepancies | Report Homestead Fraud | Special Taxing Districts and Other Non-Ad valorem Assessments |
| Tax Comparison | Tax Estimator | TRIM Notice |
| Value Adjustment Board | Tax Visualizer | |

## ASSESSMENT INFORMATION ⓘ

| Year | 2024 | 2023 | 2022 |
|---|---:|---:|---:|
| Land Value | $760,500 | $552,500 | $422,500 |
| Building Value | $225,776 | $227,627 | $229,478 |
| Extra Feature Value | $1,219 | $1,219 | $1,219 |

| | | | |
|---|---|---|---|
| Market Value | $987,495 | $781,346 | $653,197 |
| Assessed Value | $688,772 | $668,711 | $649,234 |

## TAXABLE VALUE INFORMATION ⓘ

| Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $638,772 | $618,711 | $599,234 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $663,772 | $643,711 | $624,234 |
| **CITY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $638,772 | $618,711 | $599,234 |
| **REGIONAL** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $638,772 | $618,711 | $599,234 |

## BENEFITS INFORMATION ⓘ

| Benefit | Type | 2024 | 2023 | 2022 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $298,723 | $112,635 | |
| Portability | Assessment Reduction | | | $3,963 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION ⓘ

C GABLES RIVIERA SEC 6 PB 20-79
LOT 22 LESS E30FT & E45FT OF
LOTS 23 & 24 BLK 177
LOT SIZE 65 X 100
OR 21121-2363 01/2003 4
COC 23234-1098 03 2005 4

## SALES INFORMATION ⓘ

| Previous Sale | Price | OR Book-Page | Qualification Description | Previous Owner 1 |
|---|---|---|---|---|
| 08/16/2021 | $720,000 | 32715-3487 | Qual by exam of deed | ALYSE M LICHTMAN JTRS |
| 03/01/2005 | $0 | 23234-1098 | Sales which are disqualified as a result of examination of the deed | |
| 01/01/2003 | $0 | 21121-2363 | Sales which are disqualified as a result of examination of the deed | |
| 08/01/2000 | $309,000 | 19238-4506 | Sales which are qualified | |
| 08/01/1989 | $149,000 | 14227-0348 | Sales which are qualified | |

| 06/01/1974 | $51,000 | 00000-00000 | Sales which are qualified |

For more information about the Department of Revenue's Sales Qualification Codes.

**2024** | 2023 | 2022

## LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | SFR | 0100 - SINGLE FAMILY - GENERAL | Square Ft. | 6,500.00 | $760,500 |

## BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 1969 | 2,431 | 1,876 | 2,115 | $225,776 |

Current Building Sketches Available

## EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Patio - Concrete Slab | 1969 | 508 | $1,219 |

## ADDITIONAL INFORMATION

\* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

### LAND USE AND RESTRICTIONS

| | | | |
|---|---|---|---|
| Community Development District: | NONE | Community Redevelopment Area: | NONE |
| Empowerment Zone: | NONE | Enterprise Zone: | NONE |
| Urban Development: | INSIDE URBAN DEVELOPMENT BOUNDARY | Zoning Code: | SFR-SINGLE-FAMILY RESIDENTIAL DISTRICT |
| Existing Land Use: | 10-Single-Family, Med.-Density (2-5 DU/Gross Acre). | Government Agencies and Community Services | |

### OTHER GOVERNMENTAL JURISDICTIONS

| | | | |
|---|---|---|---|
| Business Incentives | Childrens Trust | City of Coral Gables | Environmental Considerations |
| Florida Inland Navigation District | Septic - Well: Property List (MDC) | Septic - Well: Septic GIS Points (DOH) | Septic - Well: Well GIS Points (DOH) |
| PA Bulletin Board | Special Taxing District and Other Non-Ad valorem Assessment | School Board | South Florida Water Mgmt District |
| Tax Collector | | | |

The Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at

http://www.miamidade.gov/PAPortal/ContactForm/ContactFormMain.aspx.

Version: 2.1.0

## EXEMPTIONS & BENEFITS

Deployed Military

Disability Exemptions

Homestead

Institutional

Senior Citizens

More >

## REAL ESTATE

Building Recertification

Appealing Your Assessment

Defective Drywall

Folio Numbers

Mortgage Fraud

More >

## TANGIBLE PERSONAL PROPERTY

Appealing your Assessment

Assessment Information Search

Exemptions

Extension Requests

Filing Returns

More >

## PUBLIC RECORDS

Address Blocking

Change of Name

Change of Address

Change of Ownership & Title

Declaration of Condominium

More >

### ONLINE TOOLS

Property Search

Property Sales

Tax Estimator

Tax Comparison

Homestead Exemption and Portability

More >

### TAX ROLL ADMINISTRATION

Appealing your Assessment

Reports

More >

©2025 Miami-Dade County. All rights reserved.